UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES H. LIMBRIGHT and
HENRY J. LIMBRIGHT,                     Case No. 04-60270

    Judgment Plaintiffs,

v.                                     District Judge Marianne O. Battani
                                     Magistrate Judge R. Steven Whalen

GEORGE HOFMEISTER and
KAY RAMSAY HOFMEISTER,

    Judgment Defendants,

THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o MEGAN G. HOFMEISTER,
THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o SCOTT R. HOFMEISTER,
THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o JAMIE S. HOFMEISTER,

    Supplementary Defendants.
_____/

**CORRECTION TO OPINION AND ORDER**

The Opinion and Order granting in part and denying in part Plaintiff's Motion to Compel Discovery, filed on June 14, 2005 [Docket #20], erroneously designated the Plaintiff's motion as Docket #15. In fact, the Opinion and Order disposes of the Motion to Compel contained in Docket #10, whereas Docket #15 refers to a separate motion to compel.

Accordingly, the Opinion and Order fled on June 14, 2005, is amended to reflect that

-1-

it disposes of Plaintiff's Motion to Compel filed under Docket #10.  Said Opinion and Order will in all other respects remain unchanged.

    SO ORDERED.

                  S/R. Steven Whalen
                  R. STEVEN WHALEN
                  UNITED STATES MAGISTRATE JUDGE

Dated:  June 15, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 15, 2005.

                  s/Gina Wilson
                  Judicial Assistant