UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES H. LIMBRIGHT and
HENRY J. LIMBRIGHT,                         Case No. 04-60270

    Judgment Plaintiffs,

v.                                          District Judge Marianne O. Battani
                                            Magistrate Judge R. Steven Whalen

GEORGE HOFMEISTER and
KAY RAMSAY HOFMEISTER,

    Judgment Defendants,

THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o MEGAN G. HOFMEISTER,
THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o SCOTT R. HOFMEISTER,
THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o JAMIE S. HOFMEISTER,

    Supplementary Defendants.
_____/

## PROTECTIVE ORDER

The Supplemental Defendants have filed a Motion for Protective Order [Docket #27] regarding discovery previously ordered by this Court.[1] For the reasons stated on the record on September 13, 2005, the Motion for Protective Order is GRANTED, under the following

---

[1] See Orders granting in part and denying in part Plaintiff's motions to compel discovery [Docket Nos. 20 and 26].

-1-

terms:

    1.  Supplemental Defendants may designate as "Confidential" any discovery which includes or discloses financial information and/or material or business records which are otherwise confidential in that its unrestricted disclosure could be harmful to the Supplemental Defendants, its representatives, or those in a business relationship with the Defendant.

    2.  Discovery material designated as "Confidential" may be disclosed only to: the parties to this action; the attorneys of record for the parties; members, employees or contract workers of the law firms of the attorneys of record in this action; witnesses for the parties, including expert witnesses (whether testifying at trial or depositions or not); court reporters; consultants, investigators and other persons employed or retained by counsel for assistance in this litigation; persons engaged for the limited purpose of making photocopies of the documents; and any third persons who counsel reasonably and in good faith believes would be able to provide potentially relevant information if provided with or advised of the contents of the discovery material.

    3.  Discovery material designated "Confidential" may be disclosed to the persons set forth above only in the context and for the purposes of prosecuting or defending this lawsuit.

    4.  If discovery material designated "Confidential" is to be disclosed to any third persons not parties to this lawsuit, such disclosure will be made by counsel or employees, contract workers or agents of counsel, not by the parties themselves.

    SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 13, 2005.

        S/Gina Wilson
        Judicial Assistant