UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES H. LIMBRIGHT and
HENRY J. LIMBRIGHT,         Case No.  04-60270

    Judgment Plaintiffs,

v.         District Judge Marianne O. Battani
         Magistrate Judge R. Steven Whalen

GEORGE HOFMEISTER and
KAY RAMSAY HOFMEISTER,

    Judgment Defendants,

THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o MEGAN G. HOFMEISTER,
THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o SCOTT R. HOFMEISTER,
THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o JAMIE S. HOFMEISTER,

    Supplementary Defendants.
_____/

**ORDER GRANTING MOTION FOR ENFORCEMENT OF SANCTIONS**

Before the Court is Plaintiffs' Motion for Enforcement of Sanctions [Docket #52] and for Expedited Hearing [Docket #53]. For the reasons and under the terms stated on the record on February 7, 2006, both motions are GRANTED, as follows:

1. Within 14 days of the date of this Order, Defendant George Hoffmeister shall produce for Plaintiff all credit card receipts, as requested in Plaintiff's First Request to

Produce Documents, Request #15, and as previously ordered by this Court on November 14, 2005.

2.  Within 14 days of the date of this Order, Defendant George Hoffmeister shall produce or cause to be produced for Plaintiff *all* documents of any kind relating to or generated by Entry Holdings, including hard copy/paper documents and documents stored in digital form, which are in the possession and control of Entry Holdings or George Hoffmeister, or which with due diligence George Hoffmeister can obtain.

3.  Within 30 days of the date of this Order, at a date to be set by the parties, George Hoffmeister shall appear in Michigan for a deposition, and shall appear at such additional dates as will be necessary to complete his deposition.

4.  Within 14 days of the date of this Order, Defendant George Hoffmeister shall pay to Plaintiff's counsel costs and attorney fees in the amount of $1,000.00 (one-thousand dollars), pursuant to Fed.R.Civ.P 37(a)(4)(A).

5.  Defendant George Hoffmeister's failure to comply with any portion of this Order within the time limits set forth herein will result in the undersigned certifying a contempt of court pursuant to 28 U.S.C. §636(e)(6)(B), including both civil and criminal contempt.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  February 8, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 8, 2006.

S/Gina Wilson  
Judicial Assistant