UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JAMES H. LIMBRIGHT and
HENRY J. LIMBRIGHT,                          Case No.  04-60270

       Judgment Plaintiffs,

v.                                           District Judge Marianne O. Battani
                                             Magistrate Judge R. Steven Whalen

GEORGE HOFMEISTER and
KAY RAMSAY HOFMEISTER,

       Judgment Defendants,

THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o MEGAN G. HOFMEISTER,
THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o SCOTT R. HOFMEISTER,
THE GEORGE S. HOFMEISTER FAMILY
TRUST f/b/o JAMIE S. HOFMEISTER,

       Supplementary Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Before the Court is Plaintiff's Motion to Compel Discovery [Docket No. 57].  For the

reasons and under the terms stated on the record on April 11, 2006, Plaintiff's Motion is

GRANTED.  Within 21 days of the date of this Order, the Supplementary Defendants shall

produce all requested discovery, including all bank statements, loan documentation, e-mails

and any other documents generated by, received by or pertaining to the Trusts, regardless of

whether such documents specifically name George or Kay Hofmeister.

SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  April 11, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 11, 2006.


S/Gina Wilson
Judicial Assistant